WHISPERING OAKS RCF MANAGEMENT COMPANY, INC., Appellant,

v.

MISSOURI DEPARTMENT OF HEALTH AND SENIOR SERVICES and City of Wildwood, Missouri, Respondents.

WD 77146

Missouri Court of Appeals,
Western District.

Order filed: October 28, 2014

Naren Chaganti, for Appellant

Curtis Schube, for Respondent Missouri Department of Health and Senior Services

Robert J. Golterman, St. Louis, for Respondent City of Wildwood, Missouri

Before Division Two: Joseph M. Ellis, Presiding Judge, Victor C. Howard, Judge and Mark D. Pfeiffer, Judge

### *ORDER*

PER CURIAM:

Whispering Oaks RCF Management Co. Inc. appeals the judgment of the trial court dismissing with prejudice its case against the Missouri Department of Health and Senior Services (DHSS) for injunctive relief. Because a published opinion would have no precedential value, a memorandum had been provided to the parties.

The judgment is affirmed. Rule 84.16(b).